# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-23-00034-CR

---

**Michael Ruscoe, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 299TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-DC-21-900025, THE HONORABLE KAREN SAGE, JUDGE PRESIDING

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

After appellant Michael Ruscoe filed a notice of appeal from his judgment of conviction for the offense of murder, he filed a motion for new trial, alleging, among other things, the discovery of new evidence in the case. The district court granted the motion for new trial, and the district clerk's office forwarded a copy of the district court's order to this Court.

Ruscoe has now filed a motion to stay his appeal pending the disposition of the State's appeal, if any, of the district court's order granting the motion for new trial. Ruscoe argues that if the State does not appeal the district court's order granting a new trial, or the State appeals but is unsuccessful, then "this appeal should be dismissed as moot." However, if the State appeals and obtains a reversal of the district court's order, then "this appeal should move forward."

On March 27, 2023, the State filed a notice of appeal from the district court's order. Accordingly, we will grant Ruscoe's motion and abate this appeal pending this Court's disposition of the State's appeal.

Before Chief Justice Byrne, Justices Triana and Smith

Abated

Filed:   March 31, 2023

Do Not Publish